UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-21600 |
| | CHAPTER 13 |
| MARLON REYES SR | |
| LORIE REYES | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 21 | 5755 ARS @9/11 PLN M | $3,819.42 | $4,619.22 | $4,619.22 |
| Total Amount Paid by Trustee | | | | | $4,619.22 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-21600

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of June, 2013.

Debtor:  
MARLON REYES SR  
LORIE REYES  
137 WHITEHALL  
NORTHLAKE, IL  60164  

Attorney:  
GLEASON & GLEASON LLC  
77 W WASHINGTON #1218  
CHICAGO, IL  60602  
via Clerk's ECF noticing procedures  

Creditor:  
WELLS FARGO BANK NA  
ONE HOME CAMPUS  
MAC C2501-01F  
DES MOINES, IA  50328-0001  

Mortgage Creditor:  
WELLS FARGO BANK NA  
% PIERCE & ASSOCIATES PC  
1 N DEARBORN STREET STE 1300  
CHICAGO, IL  60602  

ELECTRONIC SERVICE - United States Trustee

Date:  June 11, 2013

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603